Peter M. Lively, JD/MBA SBN 162686
Law Office of Peter M. Lively
11268 Washington Boulevard, Suite 203
Culver City, California 90230-4647
Email PeterMLively@aol.com
Telephone (310) 391-2400
Facsimile (310) 391-2462

Attorney for Debtors and Plaintiffs,
ALEXANDER O. SCHROEDER AND SHANNON FARLEY

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>ALEXANDER O. SCHROEDER AND SHANNON FARLEY,<br><br>Debtors.<br><hr>ALEXANDER O. SCHROEDER AND SHANNON FARLEY,<br><br>Plaintiffs,<br><br>v.<br><br>CIT GROUP, INC. AND ITS SUCCESSOR VERICREST FINANCIAL, INC.,<br><br>Defendant. | Case No. 2:10-bk-30849-EC<br><br>Chapter 13<br><br><br><br><br>Adv. No. 2:10-bk-01949-EC<br><br><br>**STIPULATION FOR ENTRY OF JUDGMENT VOIDING LIEN**<br><br><br><br><br>[DEED OF TRUST SECURED BY DEBTORS' RESIDENCE AT 1118 E. LEMON AVENUE, MONROVIA, CALIFORNIA 91016] |

This Stipulation for Judgment Avoiding Lien of CIT GROUP, INC. AND ITS SUCCESSOR VERICREST FINANCIAL, INC. is entered into by Plaintiffs ALEXANDER O. SCHROEDER AND SHANNON FARLEY ("Plaintiffs" or "Debtors"), by and through their counsel Peter M. Lively, and by CIT GROUP, INC. AND ITS SUCCESSOR VERICREST FINANCIAL, INC. ("Defendant").

**RECITALS**

1. On May 24, 2010, Plaintiffs filed a petition under Chapter 13 of the United States Bankruptcy Code which was assigned Case No. 2:10-bk-30849-EC.

2. Pursuant to 11 U.S.C. § 1328, the Debtors are entitled to a discharge in this case upon completion of their Plan.

3. Plaintiffs were, and are, owners and occupiers of that certain real property commonly known as 1118 E. Lemon Avenue, Monrovia, California 91016 (hereafter "Debtors' Residence"). As such, Debtors claim a right of homestead pursuant to applicable state law. Debtors' Residence is property of their bankruptcy estate.

4. Defendant CIT GROUP, INC. AND ITS SUCCESSOR VERICREST FINANCIAL, INC. is the holder of a note secured by second deed of trust against Debtors' Residence (hereafter "Second Deed of Trust").

5. Said Second Deed of Trust operates as a lien against Debtors' Residence.

6. The value of Debtors' Residence is $395,000.00.

7. There is a note and first deed of trust secured by Debtors' Residence recorded against the property with a balance currently due and owing of approximately $421,760.67.

8. On June 9, 2010, Plaintiffs filed a First Amended Complaint under 11 U.S.C. Section 506(d) to Determine That Lien Against Real Property of the Estate Is Void.

9. On June 14, 2010, Plaintiffs filed a Declaration re Proof of Service of Declaration re Proof of Service Of: (1) Summons and Notice of Status Conference, (2) First Amended Complaint, (3) Scheduling Order, (4) Notice to Comply with FRBP 7026 and LBR 7026-1, (5) Motion Under 11 U.S.C. Section 506(a) For Determination of Secured Status of Claim.

10. On July 7, 2010, Plaintiffs submitted to the Court, by mail, a Request for Entry of Default.

**THE PARTIES HEREBY STIPULATE AND AGREE TO JUDGMENT AS FOLLOWS:**

1. Defendant agrees to the avoidance of its junior lien on the condition that the Debtors complete their Chapter 13 Plan;

2. Defendant shall retains its lien on any surplus proceeds from a potential foreclosure sale by the senior lien holder prior to the Debtors' completion of their Chapter 13 Plan;

3. In the event that Plaintiffs refinance the loans on subject property or sell the subject property prior to the completion of the Chapter 13 Plan, then Defendant will be paid in full at closing unless a lesser amount is agreed upon by the parties;

4. Defendant shall have a general unsecured claim against the estate and as such shall be entitled to share in any dividend(s) paid to general unsecured creditors under the Chapter 13 Plan;

5. Should the debtors convert or be dismissed from their main bankruptcy case, Defendant's lien will be reinstated pursuant to 11 U.S.C. §§ 348, 349; and

6. Each party is to bear its own attorney's fees and costs in the adversary proceeding.

LAW OFFICE OF PETER M. LIVELY

Dated: July 13, 2010

By: _____
Peter M. Lively

Attorney for Debtors and Plaintiffs,
ALEXANDER O. SCHROEDER AND
SHANNON FARLEY


CIT GROUP, INC. AND ITS SUCCESSOR
VERICREST FINANCIAL, INC.


Dated: July 13, 2010                By: _____
Ted Cassell
Vice President, VERICREST FINANCIAL, INC.
Authorized Agent for Defendant

-3-

| In re:<br>Alexander O. Schroeder and Shannon Farley<br>Debtor(s). | CHAPTER 13<br>CASE NUMBER 2:10-bk-30849-EC<br>CASE NUMBER 2:10-ap-01949-EC |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 11268 Washington Boulevard, Suite 203, Culver City, California 90230-4647.

A true and correct copy of the foregoing document described STIPULATION FOR ENTRY OF JUDGMENT VOIDING LIEN will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On July 14, 2010, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On July 14, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 07/14/2010 | David Ramos | _[signature]_ |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009  **F 9013-3.1**

| In re: | | CHAPTER 13 |
|---|---|---|
| Alexander O. Schroeder and Shannon Farley | Debtor(s). | CASE NUMBER 2:10-bk-30849-EC |
| | | CASE NUMBER 2:10-ap-01949-EC |

ADDITIONAL SERVICE INFORMATION (if needed):

## I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):

United States Trustee:
United States Trustee
ustpregion16.la.ecf@usdoj.gov

Chapter 13 Trustee:
Kathy A. Dockery
efiling@CH13LA.com

## II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL:

**via U.S. Mail:**

**Debtors:**
Alexander O. Schroeder
Shannon Farley
1118 E. Leon Avenue
Monrovia, CA 91016

**Judge:**
Honorable Ellen Carroll
U.S. Bankruptcy Court
Central District of California
Royal Federal Building
255 E. Temple Street, Suite 1634
Los Angeles, California 90012-3332

**Creditors:**
CIT Group, Inc.
CT Corporation System
111 Eighth Avenue
New York, NY 10011

CIT Group, Inc.
505 5th Avenue
New York, NY 10017

Vericrest Financial, Inc.
1209 Orange Street
Wilmington, DE 19801

Vericrest Financial, Inc.
Ted Cassell, Vice President
715 S. Metropolitan Ave.
Oklahoma City, OK 73108

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1